IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, GEORGE HAJJAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE HAJJAR, | ) Case No.: CV 14-01633 PLA |
| Plaintiff, | ) |
| vs. | ) ORDER |
| | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) HON. PAUL L. ABRAMS |
| | ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS ($4,800.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 4, 2015

*/s/ Paul L. Abrams*

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE
JUDGE